

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTERST OF | § | No. 08-22-00083-CV |
| SEBASTIAN AGUILERA, | § | Appeal from the |
| A CHILD. | § | 383rd Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2010AG3943) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MARCH, 2023.

MELISSA GOODWIN, Justice

Before Rodriguez, C.J., Soto and Goodwin, J.J.